Civil Action No. 7:23-CV-00425

In the United States District Court for the Western District Of Virginia

Benjamin Carter #1591524

v.

Christopher King (sued in his individual and Official Capacity); John Doe(s)

## COMPLAINT

**A. Jurisdiction and Venue**

1. This is a Civil Action authorized by 42 U.S.C. §1983 to redress the deprivation, under color of State law, of rights secured by the Constitution of the United States.

2. The Western District Of Virginia is an appropriate venue under 28 U.S.C. §1391(b)(2) because it is where the events giving rise to this claim occurred.

**B. Plaintiff**

1. Plaintiff Benjamin Carter #1591524 was herein a prisoner at Red Onion State Prison (ROSP) at all times mentioned in this complaint.

**C. Defendants**

1. Defendant Christopher King (reffered to as "King") was herein a corrections officer at ROSP, who

Pg #1 of 11

at all times mentioned in this complaint held the rank of Major, employeed at ROSP.

2. Defendants John Doe(s) was and herein, a ROSP employee at all times mentioned in this complaint.

D. Facts

1. On April 17, 2023, I was sent to ROSP and placed in solitary confinement in retaliation for filing Civil Action No. 7:20-cv-713 in the Western District Of Virginia in November 2020, and placed in cell D-503 where the Unit Manager was Eric Miller (another defendant in the Civil Action No. id.).

2. I began experiencing severe pains in my testicles and noticed my testicles swoll up that night severely.

3. I submitted a request form that night about my serious medical need to my pains in my testicles addressed to Medical.

4. I never received a response to that request form.

5. The next day I began initiating the Verbal Complaint Process of the Grievance Procedure Operating Procedure 866.1 to ROSP Staff reporting my

Pg# 2 of 11

severe pains in my testicles and how they were swollen, filled w/ fluids, and I was in a constant pain.

6. The ROSP Officials I continued to Report my pains and need for medical treatment to (John Doe(s)), continue to say that the "Major" (King) told them "not to give me written complaint forms and to let me "suffer" because I sued him, referring to Civil Action No. id., and my testicles continue to swell up worster by the day untreated due to King' Retaliatory orders to ROSP Staff (John Doe(s)).

7. I submitted request form after request form, every chance I could get a Request form from ROSP staff and would have to argue w/ them to get a request form because they said that King had instructed them (John Doe(s)) not to give me anything, regarding paperwork to "help me sue him" (King).

8. As the days went on, my testicles got worst and I was finally able to be seen by Dr. Foxx and he prescribed me a "Jock Strap" to prevent further irratation of my inner thighs inflamming my skin causing rashes, scabes to form (open wounds), that would mandate even more medical treatment.

Pg# 3 of 11

on May 17, 2023 as I was inducing daily pains worsening, from my Hydrocelle.

9. Once Dr. Foxx prescribed my Medical Treatment Device, he also scheduled a Ultrasound to pinpoint the severe pains and swelling of my testicles that mandated medical treatment.

10. On May 19, 2023, Dr. Foxx responded to Care about my cry for help for the Medical Treatment Device (Jock Strap) to began treating my medical disability that continued to worsen and irritate the skin inside my thighs and cause rashes to form, and scabes to continue to form as well, causing me severe perpetuated pains more and more everyday w/o the Medical Device ordered to began my Medical Treatment of my diagnosed "Hydrocelle" by Dr. Foxx, requiring the Jock Strap to Treat.

11. Dr. Foxx responded that he was "sorry" I was in pain and that King had to sign for my Jock Strap but didn't do it and he had left it on his desk (King) on May 18, 2023, so Dr. Foxx let me know that he would prescribe tylenol to help w/ my pains w/o the Jock Strap because

King deliberately didn't approve it and wasn't coming back in until the following Monday, May 22, 2023. see Exhibit D

12. On May 22, 2023, King denied me Medical Treatment for my diagnosed disorder of "Hydrocelles" in my testicles in Retaliation for filing the Civil Action No id. against him for assaulting me. in May 2020, and my disorder continued to worsen as I suffered more and more perpetuated pains going untreated. see Exhibit E

13. On and on, I continued to report verbally and written request my injury worsening and ROSP officials continue to say it was the "Major" telling them what to do in my "medical" circumstance even after the Dr. Foxx prescribed me medical treatment of a Jock Strap to began treating my diagnosed Hydrocelle in my testicles. see Exhibit G

14. On May 26, 2023, I was taken to Medical's Dep't. at ROSP in urgently due to my denied Medical treatment by King getting worst, where the John Doe Nurses (John Doe(s)) apologized for King' denial of prescribed Medical treatment

pg #5 of 11

for my diagnosis of Hydroceles in my testicles and took the approval paperwork to the ROSP Warden Rick White (reffered to as "Warden White") to override King because I "needed" the Medical Treatment Device to treat my Hydrocele and prevent the other injuries to my inner thighs that were worsening by the day due to my testicles not being held in a firm position to drain the fluids out of my testicles as the anti-biotics took "time" to work if my testicles were held up in a Jock Strap, as I was in severe pain.

15. I had to be placed back on another prescription of Anti-Biotics to attempt to treat my hydrocele because King denied the Medical Device. While I was prescribed the first prescription order of Antibiotics and my disorder worsend, and my testicles swell up even more, and I had to be given another Ultrasound to see how much damage had been done by the denial of Jock Strap while the Anti-biotics were "supposed" to treat my hydrocele, as I suffered in pains daily in my testicles, and growing anxiety and paranoia from now possibly being at risk of losing my testicles permanently due to the worsened hydrocele.

pg #6 of 11

16. I am currently at a stage now that cannot cure my hydrocelle w/o surgerically removing my diagnosed hydrocelle because due to King' denial of the prescribed Medical Treatment, Jock Strap, allowed my hydrocelle to grow to a size the anti-biotics can no longer get rid of and I have to wear a jock strap until the surgery can be done in pain, as my testicles continue to grow in size daily.

17. King has instructed ROSP Officials to not send me a refferal to a Eurologist to have my hydrocelle removed because I sued him and I'm suffering more and more by the day as my testicles grow in size swollen w/o the surgery as I suffer severe testicle pains and need the surgery done immediately.

18. ROSP Staff (John Doe (s)) have claimed to make sure my testicles are infected and worsen as long as im housed "anywhere" in the Western Region of VDOC because I sued their "brothers", and that I'm just going to have to suffer until my testicles are the size of a "Volleyball" before they even "consider" giving me the surgery to remove the hydrocelle that is continously growing

pg #7 of 11

and has to be surgically removed now to stop my pains from on-going and my testicles from swelling daily w/ Fluids.

E. Legal Claims
1. Plaintiff realleges and incorporates by reference paragraphs A-D.

2. Count I Retaliation
i. Defendant King took "adverse action" to my §1983 suit against him for assaulting me in Civil Action No. id. (protected Activity), by denying me medical treatment for my diagnosed Hydrocelle, and "caused" my disorder to worsen, and "caused" me severe physical pains and mental anguish, which constitutes a Violation of my First Amendment Right to the U.S.C. to be free from Retaliation for Accessing the Courts, by denying my Jock Strap.

3. Count II Deliberate Indifference
i. Defendant King "Deliberately" denied me my medical treatment device (Jock Strap) after being prescribed by a "Proffessional" doctor (Dr. Foxx) w/ it (Subjectively) knowing I needed it for my medical disorder), and I suffered "daily" worsening pains in my testicles and had multiple rashes and scabes form on bothsides of my inner thighs, due to Kings deliberate denial of

pg #8 of 11

medical treatment for my hydrocella diagnosed and mandated treatment of and my hydrocella can no longer be treated completely w/o surgery because of the delay caused by King in denying me my jock strap in Retaliation id. and Constitutes Deliberate Indiffrence in Violation of my Eighth Amendment Right to the U.S.C. to be free from Cruel and Unusual Punishment.

F. Exhaustion Of All Administrative Remedies
1. I initiated the Verbal complaint process of grievance procedure Operating procedure 866.1 by reporting that King was denying me my medical device to treat me hydrocella and that I was in pains severely and I asked consistently every week I've been here the ROSP staff to give me a written complaint form so I may use the grievance procedure but ROSP staff continued to refuse to give me a written complaint to follow the process of the grievance procedure after the Verbal complaint process, therefore I couldn't use the grievance procedure to file this complaint against King and therefore was "unavailable" to me, constituting Exhaustion of All Administrative Remedies for these claims.

pg #9 of 11

G. Prayer for Relief

WHEREFORE, plaintiff respectfully prays that this court enter judgement granting plaintiff:

1. A declaration that the acts and omissions described herein violated the plaintiff's rights under the U.S.C.

2. A preliminary and permanent Injunction ordering Defendant Christopher King to:

    i. Have plaintiff Benjamin Carter #1591524 sent to a Outside Contracted VDOC Eurologist to remove My diagnosed Hydrocelle in my testicles.

3. Nominal Damages in the amount of $1.00 against Christopher King

4. Punitive Damages in the amount of $50,000.00 against Christopher King

5. Compensatory Damages in the amount of $150,000.00 against Christopher King

6. A Jury Trial on all issues triable by jury.

pg #10 of 11

7. All plaintiffs costs in this suit.

8. All Attorney fee's in this suit.

9. Any additional relief this court deems just, proper, and equitable.

Date: July 6, 2023
Respectfully Submitted,
Pro Se Benjamin Carter #1591524
Signature: [signature]
Red Onion State Prison
P.O. Box 1900
Pound, VA, 24279
● 28 U.S.C. § 1746 ●

H. Verification
1. I verify under penalty of perjury pursuant to 28 U.S.C. § 1746, that I have read the foregoing complaint, and it is True and Correct, as signed above.

Benjamin Carter, 1591524
c/o Yvette Williams
410 Pearl Circle
Newport News, VA 23602

Clerk, U.S.D.C.
Western District of Virginia
210 Franklin Road SW, Room #540
Roanoke, Va. 24011-2208